(20 Misc. Rep. 634.)

YELLOW PINE CO. v. GUTWILLIG.

(City Court of New York, General Term.  June 14, 1897.)

TRIAL—WITHDRAWAL OF JUROR.
    It is not error, when the plaintiff, before resting his case, applies to with-
draw a juror, to grant such motion, and deny a motion by the defendant
for a nonsuit.

Appeal from special term.

Action by the Yellow Pine Company against Alfred Gutwillig.
From an order at trial term allowing plaintiff to withdraw a juror, and
denying defendant's motion to dismiss, and from an order of special
term granting plaintiff's motion for leave to amend the complaint,
defendant appeals.   Affirmed.

Argued before VAN WYCK, C. J., and McCARTHY, J.

C. Elliott Minor, for appellant.

Eugene Sondheim, for respondent.

VAN WYCK, C. J.   The plaintiff had not rested when its request
to withdraw a juror and defendant's motion to nonsuit plaintiff were
made.   It was not error to deny the nonsuit, nor to permit plaintiff
to withdraw a juror, with leave to apply at special term for leave to
amend the complaint.   It was proper for the special term to permit
an amendment of the complaint upon payment of $30 (the trial fee)
to defendant.   The defendant's motion, made at the opening of the
trial, to dismiss the complaint because it did not state a cause of ac-
tion, was properly denied, as the complaint did state facts sufficient to
constitute a good cause of action.   The orders are affirmed, with costs.

McCARTHY, J., concurs.

